UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61320-CIV-SMITH

BARRY GRANOFF,

    Plaintiff,

v.

DONNA I. MERELLI,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation [DE 43], in which the Magistrate Judge recommends granting Plaintiff's Motion to Approve Settlement [DE 37]. No objections have been filed. Having reviewed, *de novo*, the Report and Recommendation and the record, and given that there are no objections, it is

**ORDERED** that:

1) The Magistrate Judge's Report and Recommendation [DE 43] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Plaintiff's Motion to Approve Settlement [DE 37] is **GRANTED.**

3) All pending motions not otherwise ruled upon are **DENIED as moot.**

4) The Court retains jurisdiction to enforce the terms of the parties' settlement agreement until **June 30, 2025.**

5) This case is **DISMISSED with prejudice.**

6) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 22nd day of April, 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record